UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JEFFREY COLIN PURDY, | Civil No. 23-3148 (JRT/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| KENDAL JAMES, BOP Residential Re-Entry Manager; NED G. WOHLMAN, Renville County Jail Administrator; NED G. WOHLMAN, Renville County Jail Administrator; | |
| Respondent. | |

_____

Jeffrey Colin Purdy, Unknown Address, pro-se plaintiff.

Ana H Voss and Kristin Elise Rau, **UNITED STATES ATTORNEY'S OFFICE**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Petitioner Jeffrey Colin Purdy's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, [Docket No. 1], is **DENIED as moot**;

2. Petitioner's Application to Proceed In Forma Pauperis, [Docket No. 2], is **DENIED as moot**;

3. Petitioner's Motion to Consolidate Cases, [Docket No. 4], is **DENIED as moot**; and

4. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2024  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge